JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY STEPHEN McMANUS,<br><br>          Petitioner,<br><br>    v.<br><br>W.J. SULLIVAN, Warden,<br><br>          Respondent. | Case No. CV 19-670 SJO (JC)<br><br>JUDGMENT |

    Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody and this action are dismissed with prejudice.

DATED: May 9, 2019

_____
HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE